**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1742**

MARY ROWE,

     Plaintiff - Appellant,

   v.

GOLDSBORO WAYNE TRANSPORTATION AUTHORITY,

     Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:13-cv-00754-F)

Submitted:  November 30, 2015   Decided:  January 7, 2016

Before KEENAN, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Rowe, Appellant Pro Se.  Mary Craven Adams, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Rowe appeals the district court's order granting summary judgment to Goldsboro Wayne Transportation Authority on her claim of retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2015). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rowe v. Goldsboro Wayne Transp. Auth., No. 5:13-cv-00754-F (E.D.N.C. June 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED